UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELIZABETH MEDINA, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEIU – UNITED HEALTHCARE WORKERS WEST, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No:  C 13-00858 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　　Defendant's opposition to Plaintiff's Request for a Temporary Restraining Order, which shall comply with the Local Rules and Standing Orders of this Court, shall be filed by no later than <u>11:00 a.m. on March 9, 2013</u>.  Plaintiff shall file her reply by no later than <u>5:00 p.m. on March 10, 2013</u>.  Failure to comply with this Order may result in the imposition of sanctions.

　　　　IT IS SO ORDERED.

Dated: March 8, 2013

　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge