| | |
|---|---|
| JACQUELINE MITTELSTADT, ESQ.<br>SBN 172188<br>MITTELSTADT LAW<br>1034 Emerald Bay Road, No. 413<br>South Lake Tahoe, California 96150<br>Telephone (530) 307-9412<br>Facsimile (530) 452-1966<br>jmittelstadtlaw@gmail.com<br><br>Attorneys for Plaintiff / Petitioner,<br>ELIZABETH MEDINA | BRUCE A. HARLAND, SBN 230477<br>MANUEL A. BOÍGUES, SBN 248990<br><br>Weinberg, Roger & Rosenfeld<br>A Professional Corporation<br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501-1091<br>Tel (510) 337-1001<br>Fax (510) 337-1023<br><br>mboigues@unioncounsel.net<br><br>courtnotices@unioncounsel.net<br>Attorneys for Defendant<br>SEIU – UNITED HEALTHCARE<br>WORKERS - WEST |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ELIZABETH MEDINA, an individual,<br><br>      Plaintiff,<br>vs.<br><br>SEIU – UNITED HEALTHCARE WORKERS - WEST, and DOES 1 through 25, inclusive,<br><br>      Defendant. | **Case No.: C13-858-SBA**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY RESTRAINING ORDER & HEARING AND FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS** |

Plaintiff, by and through her attorney Jacqueline Mittelstadt, and Defendant, by and through its attorneys, Weinberg, Roger & Rosenfeld, hereby submit this Stipulation wherein the Parties agree to the following:

- Defendant agrees to hold SEIU-UHW's internal grievance appeal hearing, currently scheduled for March 13, 2013 at 7:00 p.m., in abeyance until further order of this Court, agreement of the Parties, or the termination of this matter.
- Plaintiff withdraws her Request for Restraining Order filed on March 7, 2013 and currently pending before the Court.
- The Parties further agree that with regard to the pending SEIU-UHW's Motion to Dismiss, Plaintiff's brief in opposition to the Union's motion to dismiss is due on April 5, 2013; Defendant's reply, if any reply is due on April 22, 2013.

IT IS SO STIPULATED:

IT IS SO STIPULATED:

Dated:  March 11, 2013

**MITTELSTADT LAW**

By: /s/ Jacqueline Mittelstadt
Jacqueline  Mittelstadt
Attorney for Plaintiff ELIZABETH MEDINA

**WEINBERG, ROGER & ROSENFELD**

Dated:  March 11, 2013

By: /s/ Manuel A. Boigues
MANUEL A. BOÍGUES
Attorneys for Defendant SEIU – UNITED HEALTHCARE WORKERS - WEST

IT IS HEREBY ORDERED:

Dated:   3/13/13

_____
HON. SAUNDRA BROWN ARMSTRONG
SENIOR UNITED STATES DISTRICT JUDGE

Mittelstadt Law
1034 Emerald Bay
Road, No 413
SLT, CA 96150

STIPULATION AND ORDER
2
Case No.: C13-858-NC