JACQUELINE MITTELSTADT, ESQ.
SBN 172188
MITTELSTADT LAW
1034 Emerald Bay Road, No. 413
South Lake Tahoe, California 96150
Telephone (530) 307-9412
Facsimile (530) 452-1966
jmittelstadtlaw@gmail.com

Attorneys for Plaintiff / Petitioner,
ELIZABETH MEDINA

BRUCE A. HARLAND, SBN 230477
MANUEL A. BOÍGUES, SBN 248990

Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Tel (510) 337-1001
Fax (510) 337-1023

mboigues@unioncounsel.net

courtnotices@unioncounsel.net
Attorneys for Defendant
SEIU – UNITED HEALTHCARE
WORKERS - WEST

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ELIZABETH MEDINA, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEIU – UNITED HEALTHCARE WORKERS - WEST, and DOES 1 through 25, inclusive,<br><br>　　　　Defendant. | **Case No.: C13-858-SBA**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY RESTRAINING ORDER & HEARING AND FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS** |

Plaintiff, by and through her attorney Jacqueline Mittelstadt, and Defendant, by and through its attorneys, Weinberg, Roger & Rosenfeld, hereby submit this Stipulation wherein the Parties agree to the following:

Mittelstadt Law
1034 Emerald Bay
Road, No 413
SLT, CA 96150

STIPULATION AND ORDER
1
Case No.: C13-858-NC

- Defendant agrees to hold SEIU-UHW's internal grievance appeal hearing, currently scheduled for March 13, 2013 at 7:00 p.m., in abeyance until further order of this Court, agreement of the Parties, or the termination of this matter.
- Plaintiff withdraws her Request for Restraining Order filed on March 7, 2013 and currently pending before the Court.
- The Parties further agree that with regard to the pending SEIU-UHW's Motion to Dismiss, Plaintiff's brief in opposition to the Union's motion to dismiss is due on April 5, 2013; Defendant's reply, if any reply is due on April 22, 2013.

IT IS SO STIPULATED:

IT IS SO STIPULATED:

Dated:  March 11, 2013                **MITTELSTADT LAW**

By: /s/ Jacqueline Mittelstadt
Jacqueline  Mittelstadt
Attorney for Plaintiff ELIZABETH MEDINA

**WEINBERG, ROGER & ROSENFELD**

Dated:  March 11, 2013                By: /s/ Manuel A. Boigues
MANUEL A. BOÍGUES
Attorneys for Defendant SEIU – UNITED HEALTHCARE WORKERS - WEST

IT IS HEREBY ORDERED:

Dated:   3/13/13

_____
HON. SAUNDRA BROWN ARMSTRONG
SENIOR UNITED STATES DISTRICT JUDGE

Mittelstadt Law
1034 Emerald Bay
Road, No 413
SLT, CA 96150

STIPULATION AND ORDER
2

Case No.: C13-858-NC