BRUCE A. HARLAND, Bar No. 230477
MANUEL A. BOÍGUES, Bar No. 248990
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bharland@unioncounsel.net
          mboigues@unioncounsel.net

Attorneys for Defendant
SEIU, UNITED HEALTHCARE
WORKERS – WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ELIZABETH MEDINA, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SEIU, UNITED HEALTHCARE WORKERS – WEST, and DOES 1 through 25, inclusive,<br><br>　　　　　　　　Defendants. | No. C13-858 SBA<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Judge: Saundra Brown Armstrong |
|---|---|

Pursuant to stipulated of the parties and good cause appearing:

IT IS ORDERED that:

The entire above-caption action be and is hereby dismissed without prejudice.

Dated: 3/21/2014

*[signature]*
SAUNDRA BROWN ARMSTRONG
JUDGE OF THE UNITED STATES DISTRICT COURT

133699/757876

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001